IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CHRISTOPHER LUGAL )
Full name and prison number of )
plaintiff(s) )
 )
 )
 ) CIVIL ACTION NO. 2:05CV759-T
 ) (To be supplied by the Clerk of the
LELAND G. ENZOR, JR ) U.S. District Court)
ANTHONY CLARK )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

RECEIVED 2005 AUG [illegible], DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
         Plaintiff(s) _____
         _____
         Defendant(s) _____
         _____

      2.  Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____ _____ _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Covington County Jail 290 Hillcrest Dr, Andalusia AL 36420_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Covington County Andalusia Alabama_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Leland G. Enzor, Jr | 208 Dunson St P.O. Drawer Andalusia AL 36420 |
| 2. Anthony Clark | 290 Hillcrest Dr, Andalusia, AL 36420 |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _July-6-2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The Defendant, Leland G. Enzor, Jr Harss, and had Plaintiff unlawfully Arrested_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_The Defendant Leland G. Enzor, Jr Violated Plaintiff Constitutional Rights, By Causeing him to be unlawfully Arrested for Non-Support Plaintiff was paying child support untill he got Hurt on his Job, He did Report it to D.H.R._

-2-

GROUND TWO: D.H.R And The Plaintiff Had An Understanding, That When He Was Able

SUPPORTING FACTS: To go Back to Work He Would Stared Back Paying His Child Support. The Defendant Leland G. Enzor, JR Harss The Plaintiff By Haveing Him Unlawfully Arrested Without Given Him Any Notice, Which Denied

GROUND THREE: Him due Process. Plaintiff is Able To Work Now, He do Have A Job

SUPPORTING FACTS: Waiting on Him Just As Soon He Be Release From His Unlawfully Custody. His Being incarcerate is Unlawfully The Defendant Anthony Clark Has The Plaintiff Unlawfully in His Custody. Plaintiff Has Lost A Lots Since He being Unlawfully incarcerate, He Seek For A Release.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff Demending A Release From His Unlawfully Incarceration So He Can go To His New Job, OR He Demeding A $1,000.00 A day For His Unlawfully incarceration, And $200,000 For Harssment From Each of Defendant's.

*Christopher Lucas*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8-8-05.
(date)

*Christopher Lucas*
Signature of plaintiff(s)

-3-