IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LUCAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-759-T |
| | ) |
| LELAND G. ENZOR, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the complaint filed on August 9, 2005, and for good cause, it is

ORDERED that on or before August 24, 2005 the plaintiff shall file an amendment to his complaint which:

1. Identifies (i) the occupation of Leland G. Enzor, Jr., and (ii) Enzor's relationship to the plaintiff.

2. Advises the court of the legal basis for his confinement in the Covington County Jail. In responding to this directive, the plaintiff shall inform the court of whether his confinement is pursuant to a court order.

In responding to this order, the plaintiff is advised that he should set forth **short and plain statements** showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. See Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 17th day of August, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE